UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| VASSIL M. MARINOV, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:18-cv-56 |
| | ) |
| UNITED AUTO WORKER, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the court on the Motion [DE 117] filed by the plaintiff, Vassil M. Marinov, on November 17, 2020. For the reasons set forth below, the motion is **DENIED.**

As previously stated in a number of orders, Marinov has refused to accept any prior court rulings or representations of the defense attorneys concerning the production of discovery materials. The pending motion [DE 117] requests an in-person status conference to resolve these matters. Given Marinov's track record, any representation made by defense counsel in open court or any rulings by this court will not be accepted by Marinov. Therefore, a hearing would not be productive, and the motion [DE 117] is **DENIED**.

ENTERED this 20th day of November, 2020.

/s/ Andrew P. Rodovich
United States Magistrate Judge