UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| VASSIL M. MARINOV, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIAT CHRYSLER AUTOMOTIVE, )<br>)<br>Defendant. ) | Case No. 4:18-cv-56 |

**ORDER**

This matter is before the court on the Motion [DE 127] filed by the plaintiff, Vassil M. Marinov, *pro se*, on December 22, 2020.  The plaintiff is requesting that the defendant be ordered to respond to the plaintiff's Requests for Copies and Information [DE 45, 46, 47].  The plaintiff has made this request two times before.  The defendant has responded to the older requests and explained that they have provided the plaintiff with all of the information available to them.

This Motion is part of a pattern of motions filed by the plaintiff.  When the plaintiff is not satisfied with the defendant's answers, he continues to file the same duplicative motions.  This request has been ruled on before [DE 73, 116], therefore the Motion [DE 127] is **DENIED as moot.**

The plaintiff is **WARNED** that any future repetitive or groundless motions will result in the imposition of sanctions.

The court **DIRECTS** the Clerk to mail a copy of this order to the plaintiff at 2315 Archer Court West Lafayette, Indiana 47906.

ENTERED this 6th day of January, 2021.

/s/ Andrew P. Rodovich
United States Magistrate Judge