UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| VASSIL M. MARINOV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:18-cv-56 |
| | ) | 4:18-cv-59 |
| FIAT CHRYSLER | ) | 4:18-cv-75 |
| AUTOMOTIVE, et al, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the court on the Motion for Clarification filed by the plaintiff, Vassil

M. Marinov, on February 1, 2021.  The Motion can be found at Docket Entry 132 in case 4:18-

cv-56, at Docket Entry 148 in case 4:18-cv-59, and at Docket Entry 75 in case 4:18-cv-75.

In the pending motion, Marinov seeks a clarification of previous orders warning him that

sanctions will be imposed if he continues to file frivolous motions. [DE 119, 129 in 4:18-cv-56,

DE 141 in 4:18-cv-59].  Marinov claims that the orders interfere with his ability to prepare his

case.

Because Marinov is proceeding pro se, the court will attempt to clarify the previous

orders.  However, the pending motion is an example of what the three previous orders intended

to prevent.  Marinov has been unwilling to accept an adverse ruling from the court.  Even if he

disagrees with the ruling, he must understand that the ruling is final.  He cannot object to it or

file the same motion a second (or third) time.  If an attorney for the defendant, as an officer of

the court, states that certain documents do not exist, Marinov must accept that representation.  He

cannot make additional requests for evidence which does not exist.

The court has no intention of restricting the right of Marinov to prepare and present his case.  However, a disagreement with a ruling by the court or a pleading filed by an attorney is not a license to file additional pleadings.  There is a difference between advocacy and stubbornness.  Advocacy is permitted, but stubbornness will be sanctioned.

The court **DIRECTS** the Clerk to mail a copy of this order to the plaintiff at 2315 Archer Court West Lafayette, Indiana 47906.

ENTERED this 2nd day of February, 2021.

/s/ Andrew P. Rodovich
United States Magistrate Judge