UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| VASSIL M. MARINOV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:18-cv-56 |
| | ) | 4:18-cv-59 |
| FIAT CHRYSLER | ) | 4:18-cv-75 |
| AUTOMOTIVE, et al, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The pro se plaintiff, Vassil M. Marinov, has abused the discovery process. In three separate orders, Marinov was warned that sanctions would be imposed if his misconduct continued. Not surprisingly, Marinov filed a motion seeking a clarification of the previous warnings. Because Marinov is proceeding pro se, an order (found at docket entry 133 in case number 4:18-cv-56, at docket entry 149 in case number 4:18-cv-59, and at docket entry 76 in case number 4:18-cv-75) was entered on February 2, 2021 attempting to clarify the previous orders. However, that order stated that "[t]he pending motion is an example of what the previous orders intended to prevent." As an example, that order warned Marinov that he must accept an adverse ruling by the court and that "[h]e cannot object to it …"

In spite of repeated warnings, between February 8, 2021 and February 16, 2021, Marinov filed seven objections in case number 4:18-cv-59, found at docket entries: 150, 151, 152, 153, 154, 155, and 156. As a result, sanctions are imposed against Marinov in the amount of **$100.00 for each filing**. Marinov is **ORDERED** to pay **$700.00** to the Clerk of the Court **within fourteen (14) days** of this Order.

The sanctions imposed at this time are nominal and intended to convince Marinov to accept the rulings and warnings of the court. Any future violations will be met with far greater monetary sanctions and, if necessary, a dismissal of his cases.

The court **DIRECTS** the Clerk to mail a copy of this order to the plaintiff at 2315 Archer Court West Lafayette, Indiana 47906.

ENTERED this 18th day of February, 2021.

/s/ Andrew P. Rodovich
United States Magistrate Judge