UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| VASSIL M. MARINOV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:18-cv-56 |
| | ) | 4:18-cv-59 |
| FIAT CHRYSLER AUTOMOTIVE, et al, | ) | 4:18-cv-75 |
| | ) | |
| Defendants. | ) | |

**ORDER**

The pattern of discovery abuse by the plaintiff, Vassil M. Marinov, continues, so the imposition of sanctions will escalate until the plaintiff understands that his conduct will not be tolerated.

On February 18, 2021, this court imposed sanctions against the plaintiff after repeated warnings. His response to those sanctions came on February 23, 2021 and was more of the same – objections to the sanctions and an attempt to reargue old discovery motions. That motion resulted in additional sanctions being imposed on February 24, 2021. Predictably, the plaintiff challenged those sanctions in a motion filed February 26, 2021, which can be found at docket entry 139 in case number 4:18-cv-56, at docket entry 165 in case number 4:18-cv-59, and at docket entry 84 in case number 4:18-cv-75. That motion is more of the same rejected arguments about false statements by the defendants, not understanding the court system, and a language barrier. The February 24, 2021 order imposed sanctions of $500.00. An additional imposition of sanctions must exceed that amount.

Sanctions for the Motion, found at docket entry 139 in case number 4:18-cv-56, at docket entry 165 in case number 4:18-cv-59, and at docket entry 84 in case number 4:18-cv-75, filed on February 26, 2021 are imposed in the amount of **$1,000.00**.  The sanctions shall be paid to the Clerk by **March 17, 2021**.

The sanctions imposed by the February 18, 2021 order must be paid by **March 4, 2021**. Additionally, the sanctions imposed by the February 24, 2021 order must be paid by **March 10, 2021**.  The plaintiff is **WARNED** that the failure to pay the sanctions may result in the dismissal of his cases.

The court **DIRECTS** the Clerk to mail a copy of this order to the plaintiff at 2315 Archer Court West Lafayette, Indiana 47906 by first class U.S. Mail and certified mail, return receipt requested.

ENTERED this 1st day of March, 2021.

/s/ Andrew P. Rodovich
United States Magistrate Judge