UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| VASSIL M. MARINOV, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:18-cv-56 |
| | ) |
| FIAT CHRYSLER AUTOMOTIVE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the court on the Motions [DE 134 & 146] filed by the plaintiff, Vassil M. Marinov, on February 8, 2021 and March 8, 2021.  The court **ORDERS** the defendant, Fiat Chrysler Automotive, to file a response to both Motions [DE 134 & 146] by **March 23, 2021**.  The plaintiff is **ORDERED** to refrain from filing motions until further order of this court.

The court **DIRECTS** the Clerk to mail a copy of this order to the plaintiff at 2315 Archer Court West Lafayette, Indiana 47906 by first class U.S. Mail and certified mail, return receipt requested.

ENTERED this 9th day of March, 2021.

/s/ Andrew P. Rodovich
United States Magistrate Judge